SUSANNAH E. WHITE, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*White* v. *N. Y. C. & H. R. R. R. Co.*, 90 App. Div. 356, affirmed.
(Argued April 25, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1904, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*J. W. Shea* for appellant.

*Henry Purcell* and *Thomas Burns* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, BARTLETT, VANN and
WERNER, JJ. Not sitting : GRAY, J. Absent : HAIGHT, J.